IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENZO CARL PAYNES,

    Plaintiff,                    No. CIV S-04-1868 MCE KJM P

    vs.

D.L. RUNNELS, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of May 5, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 16, 2005 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: May 19, 2005.

                                                    UNITED STATES MAGISTRATE JUDGE

/kf
payn1868.36