1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10  LORENZO CARL PAYNES,
11          Plaintiff,                    No. CIV S-04-1868 MCE KJM P
12      vs.
13  D.L. RUNNELS, et al.,
14          Defendants.                   ORDER
15  _____/

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed May 5, 2005, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

The amended complaint states a cognizable claim for relief under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Runnels, Woodford, Tuttin, and Felker.

/////

1

2. The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed May 23, 2005.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Five copies of the endorsed amended complaint filed May 23, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants as provided by Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  December 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
payn1868.1amd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENZO CARL PAYNES,

    Plaintiff,                                 No. CIV S-04-1468 MCE KJM P

   vs.

D.L. RUNNELS, et al.,                NOTICE OF SUBMISSION

    Defendants.                          OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     __1__     completed summons form

     __4__     completed USM-285 forms

     __5__     copies of the __5/23/05_____
                                       Amended Complaint

DATED:

                                                 _____
                                                 Plaintiff