IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENZO CARL PAYNES,

        Plaintiff,                  No. CIV S-04-1868 MCE KJM P

   vs.

D.L. RUNNELS, et al.,

        Defendants.         <u>ORDER</u>

                               /

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On November 13, 2007, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Woodford was returned unserved because "not employed at High Desert State Prison." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the amended complaint filed May 23, 2005;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Woodford;

    b. Two copies of the endorsed amended complaint filed May 23, 2005; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: February 22, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
payn1868.8e

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENZO CARL PAYNES,

      Plaintiff,                           No. CIV S-04-1868 MCE KJM P

    vs.

D.L. RUNNELS, et al.,               <u>NOTICE OF SUBMISSION</u>

      Defendants.                <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        <u> 1 </u>    completed summons form

        <u> 1 </u>    completed USM-285 forms

        <u> 2 </u>    copies of the <u>May 23, 2005</u>
                              Amended Complaint

DATED:

                                        _____
                                        Plaintiff