IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO CARL PAYNES, | No. 2:04-cv-01868-MCE-KJM P |
|     Plaintiff, | |
|   vs. | ORDER |
| D.L. RUNNELS, et al., | |
|     Defendants. | |
| _____/ | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On August 29, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

///

///

///

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 29, 2008, are adopted in full;

2. The action is dismissed as to defendant Woodford because of plaintiff's failure to prosecute. Fed. R. Civ. P. 41(b); and

3. The motion to dismiss (docket no. 43) is denied as to the claim that defendant Tuffin opened plaintiff's cell door, leading to an assault and as to the claim defendants Runnels and Felker failed to provide appropriate housing for him, but granted as to the claim that the defendants conspired to cover-up staff misconduct.

Dated: September 30, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE