EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
REBECCA M. ARMSTRONG-GRAU, State Bar No. 227452
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-5686
 Fax: (916) 324-5205
 E-mail: Rebecca.ArmstrongGrau@doj.ca.gov
*Attorneys for Defendants Runnels, Felker and Tuffin*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LORENZO CARL PAYNES,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**D. L. RUNNELS, et al.,**<br><br>                              Defendants. | 2:04-cv-1868 MCE KJM P<br><br>**JOINT REQUEST TO STAY CASE PENDING SETTLEMENT; ORDER** |

On August 13, 2009, the parties engaged in good faith settlement discussions in the above matter, and stipulate to the following:

/ / /

/ / /

/ / /

1

1. The parties jointly request that this matter be stayed for one hundred twenty days, from the date of the Court's order, so that the parties may conduct good faith settlement negotiations in an effort to resolve this matter.

2. In the unlikely event the parties are unable to resolve this matter, the parties seek to preserve their litigation rights, and will notify this Court by the end of the stay, so that a modified scheduling order may be issued and litigation can proceed.

IT IS SO STIPULATED.

Date: August 26, 2009        By:        */s/ Lorenzo Paynes*
                                         Lorenzo Paynes
                                         Plaintiff in Pro Per


Date: August 26, 2009        By:        */s/ Rebecca M. Armstrong-Grau*
                                         Rebecca M. Armstrong
                                         Attorney for Defendant Runnels


Dated:  August 27, 2009                  Respectfully submitted,

                                         EDMUND G. BROWN JR.
                                         Attorney General of California
                                         TRACY S. HENDRICKSON
                                         Supervising Deputy Attorney General

                                         */s/ Rebecca M. Armstrong-Grau*

                                         REBECCA M. ARMSTRONG-GRAU
                                         Deputy Attorney General
                                         *Attorneys for Defendants*
                                         *David L. Runnels, Thomas S. Felker and*
                                         *Kenneth Tuffin*

2

**Joint Request To Stay Case Pending Settlement; Order**
**(2:04-cv-1868 MCE KJM P)**

## ORDER

The Court, having considered the parties' stipulation for a request to stay the case pending good faith settlement negotiations, orders that this case is stayed for a period of one hundred and twenty days from the date of this Court's order. The parties shall notify the court no later than January 6, 2010, whether the case has settled.

Dated: September 9, 2009.

_____
U.S. MAGISTRATE JUDGE

SA2006301263
30845673.doc