IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENZO CARL PAYNES,

      Plaintiff,                      No. CIV S-04-1868 MCE KJM P

    vs.

D.L. RUNNELS, et al.,

      Defendants.           ORDER

_____/

        On January 6, 2010, counsel for defendants notified the court that the parties had agreed to settle and that the dispositional documents would be filed within twenty-one days. They have not yet been filed.

        IT IS THEREFORE ORDERED that the parties provide the court with a new date by which they will file the dispositional documents, not to exceed sixty days from the date of this order. The new date shall be provided within seven days of this order.

DATED: April 6, 2010.

_____
U.S. MAGISTRATE JUDGE

1